ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
VALERIE L. MAKAREWICZ
Assistant United States Attorney
SBN 229637
  Room 7211, Federal Building
  300 North Los Angeles Street
  Los Angeles, California  90012
  Telephone:  (213) 894-2729
  Facsimile:  (213) 894-0115
  Email: valerie.makarewicz@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

UNITED STATES OF AMERICA,      )   Case No. SACV10-1263-JST(JEMx)
                               )
              Petitioner,      )   [PROPOSED] ORDER TO SHOW CAUSE
                               )
      vs.                      )
                               )
WENDY MCGLADE,                 )
                               )
              Respondent.      )
                               )
_____)

        Upon the Petition and supporting Memorandum of Points and

Authorities, and the supporting Declaration to the Petition, the

Court finds that Petitioner has established its *prima facie* case

for judicial enforcement of the subject Internal Revenue Service

("IRS" and "Service") summonses. *See* <u>United States v. Powell</u>,

379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*

<u>Crystal v. United States</u>, 172 F.3d 1141, 1143-1144 (9th Cir.

1999); <u>United States v. Jose</u>, 131 F.3d 1325, 1327 (9th Cir.

1997); <u>Fortney v. United States</u>, 59 F.3d 117, 119-120 (9th Cir.

1 | 1995) (the Government's *prima facie* case is typically made
2 | through the sworn declaration of the IRS agent who issued the
3 | summons); *accord*, <u>United States v. Gilleran</u>, 992 F.2d 232, 233
4 | (9th cir. 1993).

**THEREFORE, IT IS ORDERED** that Respondent appear before this
District Court of the United States for the Central District of
California in Courtroom No. *10A* ,

\_\_\_\_ United States Courthouse
312 North Spring Street,
Los Angeles, California 90012

\_\_\_\_ Roybal Federal Building and United States Courthouse
255 E. Temple Street,
Los Angeles, California 90012

X Ronald Reagan Federal Building and United States Courthouse
411 West Fourth Street,
Santa Ana, California 92701

\_\_\_\_ Brown Federal Building and United States Courthouse
3470 Twelfth Street, Riverside, California 92501

on October 18, 2010, at *11:00 a.* .m.
and show cause why the testimony and production of books, papers,
records and other data demanded in the subject Internal Revenue
Service summonses should not be compelled.

**IT IS FURTHER ORDERED** that copies of this Order, the
Petition, Memorandum of Points and Authorities, and accompanying
Declaration be served promptly upon Respondent by any employee of
the Internal Revenue Service or by the United States Attorney's
Office, by personal delivery, or by leaving copies of each of the
foregoing documents at the Respondent's dwelling or usual place

2

1  of abode with someone of suitable age and discretion who resides

2  there, or by certified mail.

3      **IT IS FURTHER ORDERED** that within ten (10) days after

4  service upon Respondent of the herein described documents,

5  Respondent shall file and serve a written response, supported by

6  appropriate sworn statements, as well as any desired motions.

7  If, prior to the return date of this Order, Respondent files a

8  response with the Court stating that Respondent does not desire

9  to oppose the relief sought in the Petition, nor wish to make an

10 appearance, then the appearance of Respondent at any hearing

11 pursuant to this Order to Show Cause is excused, and Respondent

12 shall be deemed to have complied with the requirements of this

13 Order.

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1    **IT IS FURTHER ORDERED** that all motions and issues raised by

2   the pleadings will be considered on the return date of this

3   Order.   Only those issues raised by motion or brought into

4   controversy by the responsive pleadings and supported by sworn

5   statements filed within ten (10) days after service of the herein

6   described documents will be considered by the Court.   All

7   allegations in the Petition not contested by such responsive

8   pleadings or by sworn statements will be deemed admitted.

9

10  DATED: ~~This~~ _____ SEP - 3 2010 day of _____ 20__

11                                                        _____

12                              United States District Judge

13  Presented By:

14  ANDRÉ BIROTTE JR.
    United States Attorney
15  SANDRA R. BROWN
    Assistant United States Attorney
16  Chief, Tax Division

17

18  _____  8/17/10
    VALERIE L. MAKAREWICZ
19  Assistant United States Attorney
    Attorneys for United States of America
20  Petitioner

21

22

23

24

25

26

27

28

                                    4